**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Robert Michael Kallam
Kean Miller LLP
600 Jefferson Street, Ste 1101
Lafayette LA 70501

Brian J. Lindsey
Kean Miller, LLP
600 Jefferson Street, Ste 1101
Lafayette LA 70501

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 12, 2023

**REHEARING ACTION: April 12, 2023**

**Docket Number: 22   00590-CA**

**DORRIS MANECKE, ET AL**
**VERSUS**
**GOLDEN NUGGET LAKE CHARLES, LLC, ET AL**

**Appealed from Calcasieu Parish Case No. 2019-4154**

**BEFORE JUDGES:**

　　**Hon. Candyce G. Perret**
　　**Hon. Charles G. Fitzgerald**
　　**Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Golden Nugget Lake Charles, LLC and GNLC Holdings, Inc.**

has this day been

　　**DENIED.**

cc: Benjamin D. James, Counsel for the Appellant
　　Cory Paul Roy, Counsel for the Appellant
　　Brandon J. Scott, Counsel for the Appellant